NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, dba L.A. Care Health Plan,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2020-1393, 2020-2254

---

Appeals from the United States Court of Federal Claims in No. 1:17-cv-01542-TCW, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

Before TARANTO, *Circuit Judge*.

**O R D E R**

Upon consideration of the parties' joint motion to continue the stay of proceedings for an additional 45 days while the parties pursue further discussions to resolve these matters,

2                                                    LOCAL INITIATIVE HEALTH v. US

IT IS ORDERED THAT:

The motion is granted to the extent that these appeals remain stayed pending further order of the court. In lieu of future motions to continue the stay, the parties are directed to file a status report every 45 days from the date of filing of this order.

FOR THE COURT

January 18, 2023                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court