NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, dba L.A. Care Health Plan,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

2020-1393, 2020-2254

Appeals from the United States Court of Federal Claims in No. 1:17-cv-01542-TCW, Judge Thomas C. Wheeler.

Before WALLACH, *Circuit Judge.*

**O R D E R**

Upon consideration of the parties' joint status report and request to continue the stay of proceedings for an additional 45 days while they further pursue settlement discussions,

IT IS ORDERED THAT:

 These appeals remain stayed. The parties are directed to file another status report 45 days from the date of filing of this order.

            FOR THE COURT

March 20, 2023     /s/ Peter R. Marksteiner
  Date       Peter R. Marksteiner
          Clerk of Court