NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, dba L.A. Care Health Plan,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2020-1393, 2020-2254

---

Appeals from the United States Court of Federal Claims in No. 1:17-cv-01542-TCW, Judge Thomas C. Wheeler.

---

Before STARK, *Circuit Judge*.

**O R D E R**

Upon consideration of the parties' joint status report, which states that "the parties believe that they have reached a tentative agreement in principle on a methodology by which the parties can settle some" of the claims, ECF No. 47 at 2, and requests to continue the stay while they further pursue settlement discussions,

IT IS ORDERED THAT:

These appeals remain stayed and the parties are directed to file another status report no later than 60 days from the date of entry of this order. Given the lengthy stay of proceedings already provided by the court for the parties to attempt to resolve this dispute, however, the parties should not anticipate another lengthy continuance absent significant progress within that time.

FOR THE COURT

November 6, 2023
Date

Jarrett B. Perlow
Clerk of Court