NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, dba L.A. Care Health Plan,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

2020-1393, 2020-2254

Appeals from the United States Court of Federal Claims in No. 1:17-cv-01542-TCW, Judge Thomas C. Wheeler.

Before PROST, *Circuit Judge*.

## O R D E R

Upon consideration of the parties' joint status report, which states that "[c]ounsel for the parties have reached a tentative agreement in principle," that "Defendant has shared a draft settlement agreement template with plaintiffs on December 1, 2023 . . . [and] also shared a timeline for Defendant's proposed data gathering and verification process with plaintiffs on December 15, 2023," and that the parties request to continue the stay because "the

settlement agreement and approval process [ ] will take additional time," ECF No. 49 at 1, 2.

IT IS ORDERED THAT:

These appeals remain stayed, and the parties are directed to file a status report no later than 60 days from the date of entry of this order. Given the lengthy stay of proceedings already provided by the court for the parties to attempt to resolve this dispute, however, the parties should not anticipate another continuance.

FOR THE COURT

January 18, 2024
Date

Jarrett B. Perlow
Clerk of Court